UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CHAPTER: 7
CASE NO.: 13-40134-LMI

In Re:
ISAAC KODSI,
    Debtor.
_____/

## NOTICE OF APPEAL

Debtor's Spouse, TERA KODSI ("TERA"), appeals under 28. U.S.C §158(a)(1) from the Order Denying Debtor's Spouse, Tera [Kodsi's] Motion to Vacate Void Order Pursuant to Fed. R. Civ. P. [60], [DE 433], entered in this Chapter 7 Bankruptcy proceeding on the 12th of January, 2015.

The name of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Chapter 7 Trustee | Daniel N. Gonzalez, Esq.<br>Meland Russin & Budwick, P.A.<br>3200 Southeast Financial Center<br>200 South Biscayne Blvd.<br>Miami, FL 33131<br>Telephone: 305-358-6363<br>dgonzalez@melandrussin.com |
| Debtor, Isaac Kodsi | Daniel Gielchinsky, Esq.<br>Daniel Y. Gielchinsky, P.A.<br>1177 Kane Concourse, Suite 302<br>Bay Harbor Islands, FL 33154<br>Telephone: 305-763-8708<br>dan@dyglaw.com |
| Debtor's Spouse/<br>Interested Party, Tera Kodsi | Howard D. DuBosar, Esq.<br>Robert C. Sheres, Esq.<br>The DuBosar Law Group, P.A.<br>1800 N. Military Trail, Suite 470<br>Boca Raton, FL 33431<br>Telephone: 561-544-8980<br>HDuBosar@dubolaw.com<br>RScheres@dubolaw.com |

## CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and served same via CM/ECF on upon the parties receiving service by this method and by U.S. Mail on all parties who are not CM/ECF filers.

                The DuBosar Law Group, P.A.
                1800 N. Military Trail, Suite 470
                Boca Raton, Florida 33431
                Phone: (561) 544-8980/ Fax: (561) 544-8988

By:       /s/ *Howard D. DuBosar*
                Howard D. DuBosar; Florida Bar No. 729108
                E-Mail: HDuBosar@dubolaw.com
                Robert C. Sheres; Florida Bar No. 57227
                E-Mail: RSheres@dubolaw.com



**ORDERED in the Southern District of Florida on January 29, 2015.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ISAAC KODSI,

Case No. 13-40134-LMI
Chapter 7

Debtor.
_____/

**ORDER DENYING DEBTOR'S SPOUSE, TERA [KODSI'S] MOTION TO VACATE VOID ORDER PURSUANT TO FED. R. CIV. P. [60]**

**THIS CAUSE** came before the Court on January 12, 2015 at 1:30 p.m. upon Debtor's Spouse, Tera Kodsi's (*"Mrs. Kodsi"*) Motion to Vacate Void Order Pursuant to Fed.R.Civ.P. 60 [ECF No. 388] (the "*Motion*"). The Court, having reviewed the Motion, Mrs. Kodsi's Supplement to the Motion [ECF No. 403], the Trustee Response to the Motion [ECF No. 404], Debtor's Spouse, Tera Kodsi's Reply to Trustee's Response to Tera Kodsi's Motion to Vacate Order Pursuant to Fed.R.Civ.P. 60 [ECF No. 405], having considered the argument of counsel at the hearing on the Motion, it is

**ORDERED** as follows:

1

1. The Motion is **DENIED** for the reasons stated on the record**.**

### 

**Submitted By:**
Daniel N. Gonzalez, Esquire
Florida Bar No. 592749
dgonzalez@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:  (305) 358-6363
Facsimile:   (305) 358-1221
*Attorneys for Trustee*

**Copies Furnished to:**
Daniel N. Gonzalez, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.